1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8    ANTHONY KEEL,                          No. C 12-4398 SI (pr)

9              Petitioner,                  **JUDGMENT**

10       v.

11   A. HEDGPETH,

12              Respondent.
                                        /
13

14       This action is dismissed without prejudice to petitioner filing a civil rights complaint to

15   allege claims concerning the conditions of his confinement.

16

17       IT IS SO ORDERED AND ADJUDGED.

18

19   DATED: October 11, 2012              _____
                                          SUSAN ILLSTON
20                                        United States District Judge

21

22

23

24

25

26

27

28