UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KEEL, | No. C 12-4398 SI (pr) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| A. HEDGPETH, | |
|     Respondent. | |

This action is dismissed without prejudice to petitioner filing a civil rights complaint to allege claims concerning the conditions of his confinement.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 11, 2012

                                              SUSAN ILLSTON
                                     United States District Judge